## ARLES v. BURFORD.

No. A-11578. Dec. 26, 1951.

(239 P. 2d 526.)

R. L. Arles, pro se.

Mac Q. Williamson, Atty. Gen., for respondent.

JONES, J. This is an original action in habeas corpus by the petitioner, R. L. Arles, who seeks to secure his release from confinement in the penitentiary.

The writ of habeas corpus is denied for these reasons:

First. The petition is unverified.

Second. The sufficiency of the information is challenged and a certified copy of the information is not attached to petition so that the court may determine its sufficiency.

Third. Habeas corpus may not be substituted for appeal.

BRETT, P. J., concurs.